

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00336-CR

Jerrod Maurice **YOUNG**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR3992
Honorable Joey Contreras, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED August 1, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice